DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHAMAR DEWAYNE LEWIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2611

[April 21, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562014CF002785B.

Shamar DeWayne Lewis, Carrabelle, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and ARTAU, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***